



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH D. PELLERIN, JR.** | * | **CIVIL ACTION NO. CV-04-1647** |
| **VERSUS** | * | **JUDGE MINALDI** |
| **XSPEDIUS MANAGEMENT CO. OF SHREVEPORT, LLC** | * | **MAGISTRATE JUDGE WILSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER OF DEFENDANT

COMES NOW Defendant, XSPEDIUS MANAGEMENT CO. of SHREVEPORT, LLC,[1] by its attorneys, and for its Answer to Plaintiff's Complaint, states as follows.

1. Defendant believes that Plaintiff is a person of full age of majority and therefore admits this allegation, but otherwise denies the allegations of Paragraph 1 for lack of knowledge.

2. Defendant admits the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3 but denies any liability for unpaid overtime compensation or liquidated damages.

4. Defendant admits the allegations of Paragraph 4.

5. Defendant admits the allegations of Paragraph 5.

6. Defendant admits the allegations of Paragraph 6.

---

[1] Defendant states that "Xspedius Management Co. of Shreveport, LLC" is not the proper name of the corporate organization being sued, which is instead "Xspedius Communications, LLC." Defendant Xspedius respectfully requests that its name be corrected in the caption of this case and that Plaintiff amend his Complaint to so reflect Xspedius' correct name and organizational status. In order to conserve space Defendant will not reiterate the above objection each time it is misnamed in these proceedings, but maintains this continuing objection to the use of the name Xspedius Management Co. of Shreveport, LLC.

7. Defendant admits the allegations of Paragraph 7.

8. Defendant admits the allegations of Paragraph 8.

9. Defendant denies the allegations of Paragraph 9.

10. Defendant denies the allegations of Paragraph 10.

11. Defendant denies the allegations of Paragraph 11.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant denies the allegations of Paragraph 13.

14. Defendant denies that Plaintiff is entitled to any of the relief sought in the Complaint.

## FIRST AFFIRMATIVE DEFENSES

Plaintiff was exempt from the overtime requirements of Section 7 and the recordkeeping requirements of Section 11(c) of the Fair Labor Standards Acts of 1938 as amended (29 U.S.C. §201 at sec) by reason of Section 13(a)(1) of the Act (29 U.S.C. §213(a)(1)).

## SECOND AFFIRMATIVE DEFENSES

Defendant acted in good faith and with reasonable grounds to believe that its payment of Plaintiff on a salaried basis was not a violation of the Fair Labor Standards Act.

## THIRD AFFIRMATIVE DEFENSES

Any and all claims for unpaid overtime compensation accruing prior to August 6, 2002 are barred by the applicable statute of limitations in 29 U.S.C. §255(a).

WHEREFORE, Defendant prays that the Complaint be dismissed, at Plaintiff's costs.

Respectfully submitted,

_____
MARY BETH MEYER - BAR #19367
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**JOHN B. RENICK ARN # 4157
JAMES B. FOSTER, JR. ARN# 3129
McMAHON, BERGER, HANNA,
LINIHAN, CODY & McCARTHY**
2730 North Ballas Road
Suite 200
St. Louis, Missouri 63131-3039
(314) 567-7350
Attorneys for Defendant, Xspedius
Communications, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of September, 2004, served a true and correct copy of the foregoing upon the following by depositing same with the United States Postal Service, first-class, postage prepaid, addressed as follows:

Edward J. Fonti
Jones, Tete, Nolen, Fonti & Belfour, L.L.P.
P.O. Box 1930
Lake Charles, LA 70602-1930

_____
MARY BETH MEYER

108397.1         3

## CHRISTOVICH & KEARNEY, LLP
ATTORNEYS AT LAW

SUITE 2300, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET · NEW ORLEANS, LOUISIANA 70130-6078
TELEPHONE: (504) 561-5700   FAX: (504) 561-5743
WWW.CHRISTOVICH.COM

MARY BETH MEYER

504-593-4324
mbmeyer@christovich.com

*RECEIVED SEP 27 2004 ROBERT H. SHEMWELL CLERK WESTERN DISTRICT LOUISIANA*

September 24, 2004

Honorable Robert H. Shemwell
Clerk of Court
United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA  71101-3083

      Re: *Joseph D. Pellerin, Jr. v. XspediusCommunications, L.L.C.*,
        No. 04-1647, U.S. D.C. Western District of Louisiana.
        Our File: BE38000

Dear Mr. Shemwell:

  Please find enclosed the original and one copy of the Answer, Motion For Permission to Appear Pro Hac Vice with attached Affidavits and Certificates, proposed Order and two checks for twenty-five dollars ($25.00) for the filing fees for admission pro hac vice, which we request that you file into the record of the captioned matter on behalf of Xspedius Management Co. of Shreveport, L.L.C.  I would appreciate it if you would return a conformed copy to me by means of the enclosed, self-addressed and stamped envelope.

  Thank you for your courtesy and assistance.

              Very truly yours,

              Mary Beth Meyer

MBM/tsp
Enclosures

 cc: Mr. John B. Renick  (w/encs.)
   Mr. James N. Foster, Jr. (w/encs.)
   Mr. Edward Fonti   (w/encs.)