# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH D. PELLERIN, JR.** | : | **DOCKET NO. 04-1647** |
| **VS.** | : | |
| **XSPEDIUS MANAGEMENT CO. OF SHREVEPORT L.L.C.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to 28 U.S.C. § 636(c)(1) and with the consent of all parties, the above-captioned matter came on for trial without a jury before the undersigned Magistrate Judge. For the reasons expressed in today's memorandum opinion,

IT IS ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby entered in favor of defendant, XSPEDIUS COMMUNICATIONS, LLC (incorrectly named Xspedius Management Co. of Shreveport, LLC) , and against plaintiff, JOSEPH D. PELLERIN, JR., dismissing with prejudice plaintiff's claims, in their entirety, at his cost.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of May, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE